ORIGINAL

FILED
08 MAR 27 PM 2:12
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

Matthew Franklin Jaksa (CA State Bar No. 248072)
HOLME ROBERTS & OWEN LLP
560 Mission Street, 25th Floor
San Francisco, CA 94105-2994
Telephone: (415) 268-2000
Facsimile: (415) 268-1999
Email: matt.jaksa@hro.com

E-filing

Attorneys for Plaintiffs,
ZOMBA RECORDING LLC; UMG RECORDINGS, INC.; ARISTA RECORDS LLC; WARNER BROS. RECORDS INC.; BMG MUSIC; and SONY BMG MUSIC ENTERTAINMENT

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

ZOMBA RECORDING LLC, a Delaware limited liability company; UMG RECORDINGS, INC., a Delaware corporation; ARISTA RECORDS LLC, a Delaware limited liability company; WARNER BROS. RECORDS INC., a Delaware corporation; BMG MUSIC, a New York general partnership; and SONY BMG MUSIC ENTERTAINMENT, a Delaware general partnership,
      Plaintiffs,

v.

JOHN DOE,
      Defendant.

CASE NO. CV 08 1669 HRL

**CERTIFICATION OF INTERESTED ENTITIES OR PERSONS**

Certification of Interested Entities or Persons
Case No.
#36400 v1

1  Pursuant to Civil L.R. 3-16, the undersigned certifies that the following listed persons,
2  associations of persons, firms, partnerships, corporations (including parent corporations) or other
3  entities (i) have a financial interest in the subject matter in controversy or in a party to the
4  proceeding, or (ii) have a non-financial interest in that subject matter or in a party that could be
5  substantially affected by the outcome of this proceeding:
6      Plaintiff ZOMBA RECORDING LLC is a subsidiary of SONY BMG MUSIC
7  ENTERTAINMENT, whose ultimate parents are Bertelsmann AG and Sony Corporation, the latter
8  of which is publicly traded in the United States.
9      Plaintiff UMG RECORDINGS, INC.'s ultimate parent corporation is Vivendi S.A., a
10 publicly held French company.
11     Plaintiff ARISTA RECORDS LLC is a limited liability company owned by BMG Music, a
12 New York general partnership, which is not publicly traded.
13     Plaintiff WARNER BROS. RECORDS INC.'s ultimate parent corporation is Warner Music
14 Group Corp., which is publicly traded in the U.S.
15     Plaintiff BMG MUSIC is a general partnership owned by SONY BMG MUSIC
16 ENTERTAINMENT and Ariola Eurodisc LLC, neither of which is publicly traded.
17     Plaintiff SONY BMG MUSIC ENTERTAINMENT is a Delaware general partnership owned
18 by USCO Holdings Inc., BeSo Holding LLC, Arista Holding, Inc., and Zomba US Holdings, Inc.,
19 none of which is publicly traded. Its ultimate parents are Bertelsmann AG and Sony Corporation, the
20 latter of which is publicly traded in the United States.
21 Dated: March 27, 2008

HOLME ROBERTS & OWEN LLP

By: _____
MATTHEW FRANKLIN JAKSA
Attorney for Plaintiffs
ZOMBA RECORDING LLC; UMG
RECORDINGS, INC.; ARISTA
RECORDS LLC; WARNER BROS.
RECORDS INC.; BMG MUSIC; and
SONY BMG MUSIC
ENTERTAINMENT