Dawniell Alise Zavala (CA State Bar No. 253130)
HOLME ROBERTS & OWEN LLP
560 Mission Street, 25th Floor
San Francisco, CA  94105-2994
Telephone:  (415) 268-2000
Facsimile:   (415) 268-1999
Email:         dawniell.zavala@hro.com

Attorneys for Plaintiffs,
ZOMBA RECORDING LLC; UMG RECORDINGS, INC.; ARISTA RECORDS LLC; WARNER BROS. RECORDS INC.; BMG MUSIC; and SONY BMG MUSIC ENTERTAINMENT

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION

| | |
|---|---|
| ZOMBA RECORDING LLC, a Delaware limited liability company; UMG RECORDINGS, INC., a Delaware corporation; ARISTA RECORDS LLC, a Delaware limited liability company; WARNER BROS. RECORDS INC., a Delaware corporation; BMG MUSIC, a New York general partnership; and SONY BMG MUSIC ENTERTAINMENT, a Delaware general partnership,<br>　　　　　　　　Plaintiffs,<br><br>　　v.<br><br>JOHN DOE,<br>　　　　　　　　Defendant. | CASE NO. C 08-1669-HRL<br><br>Honorable Howard R. Lloyd<br><br>**DECLINATION TO PROCEED BEFORE A MAGISTRATE JUDGE AND REQUEST FOR REASSIGNMENT TO A UNITED STATES DISTRICT JUDGE** |

**REQUEST FOR REASSIGNMENT TO A UNITED STATES DISTRICT JUDGE**

The undersigned party hereby declines to consent to the assignment of this case to a United States Magistrate Judge for trial and disposition and hereby requests the reassignment of this case to a United States District Judge.

Dated:  June 30, 2008

HOLME ROBERTS & OWEN LLP

By:  ____*/s/ Dawniell Alise Zavala*_____
DAWNIELL ALISE ZAVALA
Attorney for Plaintiffs
ZOMBA RECORDING LLC; UMG RECORDINGS, INC.; ARISTA RECORDS LLC; WARNER BROS. RECORDS INC.; BMG MUSIC; and SONY BMG MUSIC ENTERTAINMENT