UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| Zomba Recording, LLC, a Delaware limited Liability company, et. al., <br><br> Plaintiffs, <br><br> v. <br><br> John Doe, <br><br> Defendant. _____/ | No. C08-01669 <br><br> **CLERK'S NOTICE OF IMPENDING REASSIGNMENT TO A UNITED STATES DISTRICT JUDGE** |

The Clerk of this Court will now randomly reassign this case to a United States District Judge because one or more of the parties has requested reassignment to a United States District Judge or has not consented to jurisdiction by a Magistrate Judge.

PLEASE TAKE NOTICE that a Case Management Conference in the above-entitled matter which was previously set for July 15, 2008 before the Honorable Judge Howard R. Lloyd has been vacated.

Dated: July 7, 2008                                     RICHARD W. WIEKING,
                                                        United States District Court

                                                        */s/ Patty Cromwell*
                                                        By: Patty Cromwell
                                                        Courtroom Deputy Clerk to
                                                        Magistrate Judge Howard R. Lloyd

THIS SHALL CERTIFY THAT A COPY OF THIS NOTICE WAS PROVIDED TO:

Matthew Franklin Jaksa    matt.jaksa@hro.com, asma.zia@hro.com, dawniell.zavala@hro.com, della.grant@hro.com, joel.rayala@hro.com, molly.morris@hro.com

Dawniell Alise Zavala    dawniell.zavala@hro.com, asma.zia@hro.com, della.grant@hro.com, joel.rayala@hro.com, matt.jaksa@hro.com, molly.morris@hro.com

**United States District Court**
For the Northern District of California

2