1  Dawniell Alise Zavala (CA State Bar No. 253130)
   HOLME ROBERTS & OWEN LLP
2  560 Mission Street, 25th Floor
   San Francisco, CA  94105-2994
3  Telephone:   (415) 268-2000
   Facsimile:    (415) 268-1999
4  Email:        dawniell.zavala@hro.com
5
   Attorneys for Plaintiffs,
6  ZOMBA RECORDING LLC; UMG
   RECORDINGS, INC.; ARISTA RECORDS LLC;
7  WARNER BROS. RECORDS INC.; BMG
   MUSIC; and SONY BMG MUSIC
8  ENTERTAINMENT
9

10              UNITED STATES DISTRICT COURT
            NORTHERN DISTRICT OF CALIFORNIA
11                SAN JOSE DIVISION
12

13

14  ZOMBA RECORDING LLC, a Delaware       CASE NO. C 08-1669-HRL
    limited liability company; UMG
15  RECORDINGS, INC., a Delaware corporation;   Honorable Howard R. Lloyd
    ARISTA RECORDS LLC, a Delaware limited
16  liability company; WARNER BROS.          **NOTICE OF VOLUNTARY DISMISSAL**
    RECORDS INC., a Delaware corporation; BMG   **WITH PREJUDICE**
17  MUSIC, a New York general partnership; and
    SONY BMG MUSIC ENTERTAINMENT, a
18  Delaware general partnership,
19
                  Plaintiffs,
20
21        v.
22
    JOHN DOE,
23                    Defendant.
24

25

26

27

28

NOTICE OF VOLUNTARY DISMISSAL WITH PREJUDICE
Case No. C 08-1669-HRL
#38635 v1

Pursuant to FED. R. CIV. P. 41(a)(1)(A)(i), Plaintiffs voluntarily dismiss with prejudice their copyright infringement claim against Defendant John Doe, also identified as ID # 146598056 with IP address 207.62.146.90 2007-10-31 20:38:53 EDT, each party to bear its/her own fees and costs. The Clerk of Court is respectfully requested to close this case.


Dated:  July 7, 2008                                    HOLME ROBERTS & OWEN LLP


                                                        By:  _____*/s/ Dawniell Alise Zavala*_____
                                                             DAWNIELL ALISE ZAVALA
                                                             Attorney for Plaintiffs
                                                             ZOMBA RECORDING LLC; UMG
                                                             RECORDINGS, INC.; ARISTA
                                                             RECORDS LLC; WARNER BROS.
                                                             RECORDS INC.; BMG MUSIC; and
                                                             SONY BMG MUSIC
                                                             ENTERTAINMENT

1