**UNITED STATES DISTRICT COURT**
**Northern District of California**
280 South First Street
San Jose, California 95113
_____
www.cand.uscourts.gov

| | |
|---|---|
| Richard W. Wieking<br>Clerk | General Court Number<br>408.535.5364 |

July 7, 2008

**CASE NUMBER: CV 08-01669 HRL**
**CASE TITLE: ZOMBA RECORDING-v-JOHN DOE**

<u>REASSIGNMENT ORDER</u>

GOOD CAUSE APPEARING THEREFOR,

IT IS ORDERED that this case is reassigned to the **San Francisco** division. Case reassigned to the **Honorable Marilyn H. Patel** for all further proceedings.

Counsel are instructed that all future filings shall bear the initials **MHP** immediately after the case number.

ALL MATTERS PRESENTLY SCHEDULED FOR HEARING ARE VACATED AND SHOULD BE RENOTICED FOR HEARING BEFORE THE JUDGE TO WHOM THE CASE HAS BEEN REASSIGNED.

Date: 07/02/08

FOR THE EXECUTIVE COMMITTEE:

_____
/s/ Richard W. Wieking
Clerk

NEW CASE FILE CLERK:

| | |
|---|---|
| Copies to: Courtroom Deputies | Special Projects |
| Log Book Noted | Entered in Computer 07/07/08 tsh |

CASE SYSTEMS ADMINISTRATOR:

| | |
|---|---|
| Copies to: All Counsel | Transferor CSA |