1  Dawniell Alise Zavala (CA State Bar No. 253130)
   HOLME ROBERTS & OWEN LLP
2  560 Mission Street, 25th Floor
3  San Francisco, CA  94105-2994
   Telephone:   (415) 268-2000
4  Facsimile:   (415) 268-1999
   Email:       dawniell.zavala@hro.com
5
6  Attorneys for Plaintiffs,
   ZOMBA RECORDING LLC; UMG
7  RECORDINGS, INC.; ARISTA RECORDS LLC;
   WARNER BROS. RECORDS INC.; BMG
8  MUSIC; and SONY BMG MUSIC
   ENTERTAINMENT
9

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE DIVISION

| | |
|---|---|
| ZOMBA RECORDING LLC, a Delaware limited liability company; UMG RECORDINGS, INC., a Delaware corporation; ARISTA RECORDS LLC, a Delaware limited liability company; WARNER BROS. RECORDS INC., a Delaware corporation; BMG MUSIC, a New York general partnership; and SONY BMG MUSIC ENTERTAINMENT, a Delaware general partnership,<br><br>　　　　　　Plaintiffs,<br><br>　　v.<br><br>JOHN DOE,<br>　　　　　　Defendant. | CASE NO. C 08-1669-~~HRL~~ MHP<br><br>Honorable Howard R. Lloyd<br><br>**NOTICE OF VOLUNTARY DISMISSAL WITH PREJUDICE** |

NOTICE OF VOLUNTARY DISMISSAL WITH PREJUDICE
Case No. C 08-1669-HRL
#38635 v1

1  Pursuant to FED. R. CIV. P. 41(a)(1)(A)(i), Plaintiffs voluntarily dismiss with prejudice their
2  copyright infringement claim against Defendant John Doe, also identified as ID # 146598056 with
3  IP address 207.62.146.90 2007-10-31 20:38:53 EDT, each party to bear its/her own fees and costs.
4  The Clerk of Court is respectfully requested to close this case.

6  Dated: July 7, 2008                                HOLME ROBERTS & OWEN LLP

8                                                     By:   /s/ Dawniell Alise Zavala
                                                          DAWNIELL ALISE ZAVALA
                                                          Attorney for Plaintiffs
                                                          ZOMBA RECORDING LLC; UMG
                                                          RECORDINGS, INC.; ARISTA
                                                          RECORDS LLC; WARNER BROS.
                                                          RECORDS INC.; BMG MUSIC; and
                                                          SONY BMG MUSIC
                                                          ENTERTAINMENT

July 8, 2008



IT IS SO ORDERED
Judge Marilyn H. Patel
UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

1

NOTICE OF VOLUNTARY DISMISSAL WITH PREJUDICE
Case No. C 08-1669-HRL
#38635 v1